| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Window Media, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **7094** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**1075 Zonolite Road**<br>**Suite 1-D**<br>**Atlanta, GA** | Street Address of Joint Debtor (No. & Street, City, and State): |
|---|---|
| ZIP CODE **30306** | ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 15300**<br>**Atlanta, GA** | Mailing Address of Joint Debtor (if different from street address): |
| ZIP CODE **30333** | ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**1075 Zonolite Rd, Atlanta, GA 30306**
**529 14th Street, NW, Washington, DC**                                   ZIP CODE **20045**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box) |
|---|---|
| ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s) **Window Media, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Unite Media, LLC** | Case Number: | Date Filed: **11/20/2009** |
| District: **Northern** | Relationship: **Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X **Not Applicable** _____ Signature of Attorney for Debtor(s)     Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐ Yes, and Exhibit C is attached and made a part of this petition. ☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). _____ (Name of landlord that obtained judgment) _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Window Media, LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney**

X **/s/ S. Keith Eady**
Signature of Attorney for Debtor(s)

**S. Keith Eady  Bar No.  237038**
Printed Name of Attorney for Debtor(s) / Bar No.

**Keith Eady & Associates, LLC**
Firm Name

**P.O. Box 29667 Atlanta, GA 30359**
Address

**404-633-1997**           **404-633-6996**
Telephone Number

**11/20/2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Steven J. Myers and/or Michael Kitchens**
Signature of Authorized Individual

**Steven J. Myers and/or Michael Kitchens**
Printed Name of Authorized Individual

**Co-Presidents**
Title of Authorized Individual

**11/20/2009**
Date

**B6D (Official Form 6D) (12/07)**

In re  **Window Media, LLC**_____,          Case No. _____
                        Debtor                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Avalon Equity Funding**<br>**248 West 35th Street**<br>**8th Floor**<br>**New York, NY 10001**<br><br>**Small Business Administration**<br>**%Steven Weinberg**<br>**Gottesman, Wolgel, Malamy**<br>**11 Hanover Square**<br>**New York, NY 10005** | | | **Security Agreement**<br>**All assets, inventory, account receivables, etc.**<br><br>**VALUE $100,000.00** | | | | **4,970,357.00** | **0.00** |
| ACCOUNT NO.<br><br>**M&T Bank**<br>**One M&T Plaza**<br>**Buffalo, NY 14240** | | | **Security Agreement**<br>**All assets, inventory, account receivables, etc.**<br><br>**VALUE $100,000.00** | | | | **1,278,169.00** | **0.00** |

0    continuation sheets
      attached

Subtotal ➢
(Total of this page)                                      $  6,248,526.00   $          0.00

Total ➢
(Use only on last page)                                $  6,248,526.00   $          0.00

(Report also on Summary of    (If applicable, report
Schedules)                            also on Statistical
                                            Summary of Certain
                                            Liabilities and
                                            Related Data.)

B6E (Official Form 6E) (12/07)

In re    **Window Media, LLC**                                    Case No. _____
                          Debtor                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**9  continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **Window Media, LLC**                                    Case No. _____
_____                              (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Amy Cavanaugh<br>1432 Newton St. NW<br>Washington, DC 20010** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Andrew Hartsfield<br>2108 38th Street, SE<br>#302<br>Washington, DC 20020** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Aram Vartian<br>930 M St. NW<br>#116<br>Washington, DC 20001** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Brian Pitts<br>16 E. Walnut St.<br>Alexander, VA 22301** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Christopher Johnson<br>815 South 18th St.<br>#407<br>Arlington, VA 22202** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Chuck Herrholtz<br>340 Cross Creek Trail<br>Jasper, GA 30143** | | | | | | | **0.00** | **0.00** | **$0.00** |

Sheet no. _1_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▸
(Totals of this page)

$ **0.00**   $ **0.00**   $ **0.00**

Total ▸
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

$

Total ▸
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities
and Related Data. )

$     $

**B6E (Official Form 6E) (12/07) – Cont.**

In re  **Window Media, LLC**                                                    Case No. _____
                                                                                                    (If known)
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Danielle Shelton-King**<br>**5618 Livington Terrance**<br>**#201**<br>**Oxon Hill, MD 20745** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Dean Winborn**<br>**2835 Cravey Trail**<br>**Atlanta, GA 30345** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Dyana Bagby**<br>**314 Elmira Place, NE**<br>**Atlanta, GA 30307** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Jaimie Nicole Shock**<br>**8439 Chapelwood Ct.**<br>**Annadale, VA 22003** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Janice Rice**<br>**433 Highland Avenue**<br>**#1457**<br>**Atlanta, GA 30317** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Jeanne Centofanti**<br>**1923 11th Street, NW**<br>**Washington, DC 20001** | | | | | | | **0.00** | **0.00** | **$0.00** |

Sheet no. _2_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)

| | | |
|---|---|---|
| $ **0.00** | $ **0.00** | $ **0.00** |

Total  ➢
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

$ 

Total  ➢
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities
and Related Data. )

$           $

B6E (Official Form 6E) (12/07) – Cont.

In re    **Window Media, LLC**                                      Case No. _____
_____                              (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jeryl M. Parade**<br>**2400 Virginia Avenue NW**<br>**C1112**<br>**Washington, DC 20037**<br><br>**Jeryl M. Parade**<br>**31 Harbour Close**<br>**New Haven, CT 06519** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**John Nail**<br>**1756 Santa Cruz Dr.**<br>**Decatur, GA 30032** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Joseph Diguglielmo**<br>**18 Seaton Place, NW**<br>**Apt. A**<br>**Washington, DC 20001** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Joshua Lynsen**<br>**8560 2nd Ave.**<br>**#1414**<br>**Silver Springs, MD 20910** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Kenneth Roebuck**<br>**647 Leighton Way**<br>**Stone Mountain, GA 30088** | | | | | | | **0.00** | **0.00** | **$0.00** |

Sheet no.  3  of  9  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶          $      **0.00**  $      **0.00** $      **0.00**
(Totals of this page)

Total  ▶          $
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

Total  ▶                     $            $
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities
and Related Data. )

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **Window Media, LLC** _____    Case No. _____
_____    (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kevin Naff**<br>**4405 Norwood Rd**<br>**Baltimore City, MD 21218** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Kevin Smith**<br>**384 Ralph McGill Blvd. NE**<br>**#114**<br>**Atlanta, GA 30312** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Laura Douglas-Brown**<br>**2518 Lake Flair Ct. NE**<br>**Atlanta, GA 30345** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Louis Chibbaro**<br>**516 A ST, NE #102**<br>**Washington, DC 20002** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Louis Shell**<br>**1616 Piedmont Ave.**<br>**Apt. A-15**<br>**Atlanta, GA 30324** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Lynne Brown**<br>**4395 Colorado Ave. NW**<br>**Washington, DC 20011** | | | | | | | **0.00** | **0.00** | **$0.00** |

Sheet no. _4_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)    $ **0.00**    $ **0.00**    $ **0.00**

Total  ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)    $

Total  ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities
and Related Data. )    $    $

**B6E (Official Form 6E) (12/07) – Cont.**

In re **Window Media, LLC** _____     Case No. _____
Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Matthew Schaffer**<br>**1809 Augusta Dr. SE**<br>**Marietta, GA 30067** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Michael Alvear**<br>**1579 Monroe Road**<br>**F501**<br>**Atlanta, GA 30324** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Michael Ritter**<br>**785 Ponce De Leon Place**<br>**#112**<br>**Atlanta, GA 30306** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Michael Watkins**<br>**753 Penn Avene. NE**<br>**Unit #3**<br>**Atlanta, GA 30308** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Phillip Rockstroch**<br>**5845 Doris Drive**<br>**Alexander, VA 22311** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Quinn Mansfield**<br>**1519 Holly Lane, NE**<br>**Atlanta, GA 30329** | | | | | | | **0.00** | **0.00** | **$0.00** |

Sheet no. _5_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)     $ **0.00**   $ **0.00**   $ **0.00**

Total  ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $

Total  ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )     $     $

B6E (Official Form 6E) (12/07) – Cont.

In re   **Window Media, LLC**
_____,                    Case No. _____
Debtor                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Rebecca Armendariz**<br>**1447 Monroe St. NW**<br>**Washington, DC 20010** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Robert Barnett**<br>**2750 14th Street, NW**<br>**Apt. 207**<br>**Washington, DC 20009** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Robert Gunby**<br>**1192 Village Court, SE**<br>**Atlanta, GA 30316** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Robet Boeger**<br>**1401 N. Street NW**<br>**Apt. 501**<br>**Washington, DC 20005** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Rowena Dervan**<br>**2835 Cravey Trail**<br>**Atlanta, GA 30345** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Ryan Lee**<br>**1616 Piedmont Ave**<br>**Apt. A-15**<br>**Atlanta, GA 30324** | | | | | | | **0.00** | **0.00** | **$0.00** |

Sheet no. _6_ of _9_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)                    $        **0.00**   $        **0.00**  $        **0.00**

Total   ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)                    $

Total   ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )                    $                $

**B6E (Official Form 6E) (12/07) – Cont.**

In re **Window Media, LLC**    _____,    Case No. _____
Debtor    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Siddhant Kukreti**<br>**7141 Moorland Drive**<br>**Clarksville, MD 21029** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Stephen Ryan**<br>**931 Monroe Dr. NE**<br>**#103**<br>**Atlanta, GA 30308** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Steven Myers**<br>**2466 Vivian Circle**<br>**Decatur, GA 30030** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Tiffany Lee**<br>**108 Wimberly Drive**<br>**McDonough, GA 30253** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**William Rawls**<br>**1301 U Street, NW**<br>**#602**<br>**Washington, DC 20009** | | | | | | | **0.00** | **0.00** | **$0.00** |

Sheet no. _7_ of _9_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)    $    **0.00**  $    **0.00** $    **0.00**

Total   ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total   ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $    $

**B6E (Official Form 6E) (12/07) – Cont.**

In re  **Window Media, LLC**                                    Case No. _____
_____                                    (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of Atlanta**<br>**55 Trinity Ave. SW**<br>**Atlanta, GA 30335** | | | **NOTICE** | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**DC Treasurer**<br>**Office of Tax and Revenue**<br>**6th Fl**<br>**941 North Capital Street, NE**<br>**Washington, DC 20002-4265** | | | **Taxes** | | | | **250.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**DC Treasurer**<br>**Office of Tax & Revenue**<br>**6th Floor**<br>**941 North Capital St. NE**<br>**Washington, DC 20002** | | | | | | | **250.00** | **250.00** | **$0.00** |
| ACCOUNT NO.<br>**DeKalb County Tax Commissioner**<br>**1300 Commerce Drive**<br>**P.O. Box 1088**<br>**Decatur, GA 30031**<br><br>**DeKalb County Tax Commissioner**<br>**P.O. Box 100004**<br>**Decatur, GA 30031** | | | **Taxes** | | | | **1,314.80** | **1,314.80** | **$0.00** |
| ACCOUNT NO.<br>**Delaware Sec. of State**<br>**P.O. Box 74072**<br>**Baltimore, MD 21274** | | | **Notice** | | | | **0.00** | **0.00** | **$0.00** |

Sheet no.  8  of  9  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▸
(Totals of this page)

| | | |
|---|---|---|
| $ **1,814.80** | $ **1,564.80** | $ **0.00** |

Total  ▸
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

$

Total  ▸
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities
and Related Data. )

$          $

B6E (Official Form 6E) (12/07) – Cont.

In re  **Window Media, LLC**                                    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Georgia Dept. of Labor<br>Sussex Place - Room 738<br>148 Andrew Young Intnl Blvd, NE<br>Atlanta, GA 30303** | | | **Payroll taxes** | | | | **6,024.34** | **6,024.34** | **$0.00** |
| ACCOUNT NO.<br>**Georgia Dept. of Revenue<br>Compliance Division<br>1800 Century Blvd., Suite 16208<br>Atlanta, GA 30345** | | | | | | | **38,713.91** | **38,713.91** | **$0.00** |
| ACCOUNT NO.<br>**Internal Revenue Service Insolvency<br>Room 400-Stop 334D<br>401 West Peachtree Street NW<br>Atlanta, GA 30308** | | | | | | | **475,626.77** | **475,626.77** | **$0.00** |
| ACCOUNT NO.<br>**New York Dept. of Labor<br>P.O. Box 675<br>Mail Stop 7A<br>New York, NY 10014** | | | **Notice** | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**NYS Unemployment Insurance<br>P.O. Box 27435<br>New York, NY 10087** | | | **Notice** | | | | **0.00** | **0.00** | **$0.00** |

Sheet no. 9 of 9 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▸ (Totals of this page) | **$   520,365.02** | $ **520,365.02** $ **0.00** |
| Total   ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$   522,179.82** | |
| Total   ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **521,929.82** $ **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Window Media, LLC**
_____
                    Debtor

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**15 Ria Restaurant**<br>**1515 Rhode Island Ave. NW**<br>**Washington, DC 20005** | | | Vendor | | | | **0.00** |
| ACCOUNT NO.<br><br>**24/7 Real Media USA**<br>**132 West 31st Street**<br>**9th Floor**<br>**New York, NY 10001** | | | Web Services | | | | **7,000.00** |
| ACCOUNT NO.<br><br>**A. Don George**<br>**1068 Shady Valley Place, NE**<br>**Atlanta, GA 30324** | | | shareholder | | | | **0.00** |
| ACCOUNT NO.<br><br>**Aaron Britt**<br>**2900 Connecticut Ave. NW**<br>**#338**<br>**Washington, DC 20008** | | | Vendor | | | | **0.00** |
| ACCOUNT NO.<br><br>**Aaron Flynn**<br>**1621 T Street, NW**<br>**Apt. 206**<br>**Washington, DC 20009** | | | Vendor | | | | **0.00** |

45    Continuation sheets attached

Subtotal ➤ $        **7,000.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                              Case No. _____
_____
                    **Debtor**                                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **0.00** |
| **Accountemps** **12400 Collections Center Drive** **Chicago, IL 60693** | | | **Vendor** | | | | |
| ACCOUNT NO. | | | | | | | **416.52** |
| **ADP, Inc.** **P.O. Box 900106** **Louisville, KY 40290** | | | **Vendor** | | | | |
| ACCOUNT NO. | | | | | | | **1,061.00** |
| **Adrian McCraw** | | | **Account** | | | | |
| ACCOUNT NO. | | | | | | | **4,429.77** |
| **AICCO, Inc.** **P.O. Box 200455** **Dallas, TX 75320** | | | **Publisher Insurance** | | | | |
| ACCOUNT NO. | | | | | | | **0.00** |
| **Alan Flippen** **454 West 46st Street** **New York, NY 10036** | | | **Vendor** | | | | |

Sheet no.  1 of 45 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                    **5,907.29**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                          Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 475.89 |
| American Business Machine Corp 5015-B Backlick Rd. Annandale, VA 22003 | | | Account | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Arnold M. Preston Preston Entertainment 8033 Sunset Blvd #1065 Los Angeles, CA 90046 | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 223.54 |
| AT&T P.O. Box 105262 Atlanta, GA 30348 | | | Services | | | | |
| ACCOUNT NO. | | | | | | | 429.00 |
| B&L Enterprises, Inc. 11050 Crabapple Rd Suite C-108 Roswell, GA 30075 | | | Account | | | | |
| ACCOUNT NO. | | | | | | | 50.00 |
| B. Daniel Blatt | | | Freelancer | | | | |

Sheet no. _2_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                **1,178.43**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Window Media, LLC**                                    Case No. _____

                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Barry Baker**<br>**1303 Middlesex Ave**<br>**Atlanta, GA 30306** | | | shareholder | | | | 0.00 |
| ACCOUNT NO.<br><br>**Beren DeMotier**<br>**2337 NE 32nd Place**<br>**Portland, OR 97212** | | | Vendor | | | | 0.00 |
| ACCOUNT NO.<br><br>**Brad Piner**<br>**710 Peachtree St.**<br>**Apt. 1625**<br>**Atlanta, GA 30308** | | | vendor | | | | 0.00 |
| ACCOUNT NO.<br><br>**BreakThrough Media Labs**<br>**180 Washington Street**<br>**Apt. 3**<br>**Jersey City, NJ 07302** | | | IT Support | | | | 6,718.78 |
| ACCOUNT NO.<br><br>**Brett Minor** | | | Free Lancer | | | | 35.00 |

Sheet no. _3_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        **6,753.78**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC** _____    Case No. _____
                              Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Brian Lantelme** 321 West 24th St. #17E New York, NY 10011 | | | Vendor | | | | 0.00 |
| ACCOUNT NO. **Bridge Catering** 4182 Orchard Entrance Rex, GA 30273 | | | Vendor | | | | 0.00 |
| ACCOUNT NO. **Buck C. Cooke** 499 Oakland Avenue, SE Atlanta, GA 30312 | | | Printer | | | | 140,496.00 |
| ACCOUNT NO. **Business Wire** Dept. 34182 P.O. Box 39000 San Francisco, CA 94139 | | | Account | | | | 1,190.00 |
| ACCOUNT NO. **C&R Telecommunications, Inc.** 8818 Talcott Lane Houston, TX 77049 | | | Services | | | | 113.66 |

Sheet no.  4 of 45 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **141,799.66**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                          Case No. _____
_____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **C. Edward Young** <br> **750 Yorkshire Rd. NE** <br> **Atlanta, GA 30306** | | | shareholder | | | | **0.00** |
| ACCOUNT NO. <br><br> **C2C Resources, LLC** <br> **56 Perimeter Center East** <br> **Suite 100** <br> **Atlanta, GA 30346** | | | **Account** | | | | **126.00** |
| ACCOUNT NO. <br><br> **Capital Locksmith Co.** <br> **3655 Georgia Ave. NW** <br> **Washington, DC 20010** | | | **Vendor** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Capital Podiatry Associates** <br> **1145 19th Street, NW** <br> **Suite 409** <br> **Washington, DC 20036** | | | **Vendor** | | | | **0.00** |
| ACCOUNT NO. <br><br> **CapitalHill Cluster School PTA** <br> **ATTN:  Laura Cantral** <br> **330 Constitution Ave, NW** <br> **Washington, DC 20002** | | | **Vendor** | | | | **0.00** |

Sheet no.  5 of 45 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                     **126.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                      Case No. _____

                              Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**CareFirst BlueCross Blue Shield** | | | **Vendor** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Carl L. Sollee**<br>**1376 Sheffield Drive., NE**<br>**Atlanta, GA 30329** | | | **Legal** | | | | **3,780.00** |
| ACCOUNT NO.<br><br>**Cassio Menezes**<br>**P.O. Box 4154**<br>**Arlington, VA 22204** | | | **vendor** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Century Printing & Packaging**<br>**P.O. Box 2358**<br>**Greer, SC 29652** | | | **Account** | | | | **948.86** |
| ACCOUNT NO.<br><br>**Chad Johnson**<br>**1754 Willard Street**<br>**Suite 3**<br>**Washington, DC 20009** | | | **shareholder** | | | | **0.00** |

Sheet no.  6 of 45 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                **4,728.86**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __Window Media, LLC_____          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| Charlene Lichtenstein P.O. Box 1726 Chelsea Station 10011 | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 211.50 |
| Charles Baclet & Assoc. Inc. 2030 Main Street Suite 1030 Irvine, CA 92614 | | | Account | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Christian Ochoa 2700 Revere St. No. 107 Houston, TX 77098 | | | vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Christopher Cain P.O. Bxo 78211 Atlanta,  GA 30357 | | | shareholder | | | | |
| ACCOUNT NO. | | | | | | | 35.00 |
| Christopher Latimer | | | Free Lancer | | | | |

Sheet no. _7_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    246.50

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  Window Media, LLC                                          Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 50.00 |
| Colleen Dermondy | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Columbus Ledger-Enquirer 17 West 12th Street Columbus, GA 31901 | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 140,496.00 |
| Comprint Printing 9030 Comprint Ct. Gaithersburg, MD 20877 | | | Printing | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Craig Spaulding 268 May Apple Way Linden, VA 22642 | | | shareholder | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Cynthia Counts 1384 Lanier Place Atlanta, GA 30306 | | | shareholder | | | | |

Sheet no. 8 of 45 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $ 140,546.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC** _____    Case No. _____
   Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **250.00** |
| **Dale Carpenter**<br>**229 19th Street South**<br>**Minneapolis, MN 55455** | | | **Freelancer** | | | | |
| ACCOUNT NO. | | | | | | | **0.00** |
| **Daniel Fleury**<br>**96 Craig Street**<br>**Suite 112-417**<br>**Ellijay, GA 30540** | | | **Vendor** | | | | |
| ACCOUNT NO. | | | | | | | **0.00** |
| **Daniel H. Squire**<br>**1717 21st St, NW**<br>**Washington, DC 30305** | | | **shareholder** | | | | |
| ACCOUNT NO. | | | | | | | **0.00** |
| **Daniel Lau**<br>**701-203 Copperline Drive**<br>**Chapel Hill, NC 27516** | | | **Vendor** | | | | |
| ACCOUNT NO. | | | | | | | **0.00** |
| **Danny Ingram**<br>**319 Fayetteville Road**<br>**Decatur, GA 30030** | | | **Vendor** | | | | |

Sheet no. _9_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **250.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Window Media, LLC__ _____     Case No. _____
                        Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **David Tufts 2959 Andrews Drive, NW Atlanta, GA 30305** | | | shareholder | | | | 0.00 |
| ACCOUNT NO. **DC Camera, LLC 2601-A Wilson Blvd. Arlington, VA 22201** | | | Account | | | | 206.85 |
| ACCOUNT NO. **Dell Commercial Credit Dept. 50 P.O. Box 9020 Des Moines, IA 50368** | | | Vendor | | | | 1,707.81 |
| ACCOUNT NO. **Deluxe Business Checks & Sol P.O. Box 742572 Cincinnati, OH 45274-2572** | | | Account | | | | 768.96 |
| ACCOUNT NO. **Diana Kunkel** | | | Free Lancer | | | | 35.00 |

Sheet no. _10_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤  $              2,718.62

Total    ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Window Media, LLC</u>                                    Case No. _____
                        Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Dionne Bates** | | | Freelancer | | | | 35.00 |
| ACCOUNT NO. <br> **Distributech** <br> **P.O. Box 402024** <br> **Atlanta, GA 30384-2024** | | | Delivery | | | | 1,024.00 |
| ACCOUNT NO. <br> **Dixon Taylor** <br> **1029 Rosendale Rd, NE** <br> **Atlanta, GA 30306** | | | shareholder and vendor | | | | 0.00 |
| ACCOUNT NO. <br> **DLS, Inc.** <br> **1426 Benteen Ave. SE** <br> **Atlanta, GA 30306** | | | Vendor | | | | 523.00 |
| ACCOUNT NO. <br> **Don George** | | | Free Lancer | | | | 70.00 |

Sheet no.  <u>11</u> of <u>45</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    1,652.00

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Window Media, LLC** _____     Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Don Hackett | | | Free Lancer | | | | 350.00 |
| ACCOUNT NO.<br><br>Donald Davis<br>P.O. Box 22800<br>Carmel, CA 93922 | | | shareholder | | | | 0.00 |
| ACCOUNT NO.<br><br>Douglas G. Sipe, CPA, LLC<br>2444 Morris Avenue<br>Suite 305<br>Union, NJ 07083 | | | CPA | | | | 3,000.00 |
| ACCOUNT NO.<br><br>Downs Safe & Lock, Co.<br>1846 Chesbridge Bridge Road, NE<br>Atlanta, GA 30324 | | | Vendor | | | | 0.00 |
| ACCOUNT NO.<br><br>Dustin Fitzharris | | | Free Lancer | | | | 150.00 |

Sheet no. _12_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                3,500.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                          Case No. _____
                          Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **Dustin Vick**<br>**736 J Chase Ct.**<br>**Harrisonburg, VA 22801** | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 1,000.00 |
| **Dynamix Systems Intergration**<br>**Attn: Accounts Receivable**<br>**20 NE 8th Avenue**<br>**Fort Lauderdale, FL 33301-1639** | | | Email Provider | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Edward Ingebresten**<br>**English Dept., Georgetown**<br>**P.O. Box 571131**<br>**Washington, DC 20057** | | | Notice | | | | |
| ACCOUNT NO. | | | | | | | 760.00 |
| **eFax Corporation**<br>**P.O. Box 51873**<br>**Los Angeles, CA 90051-6173** | | | Account | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Elliott Mackle**<br>**1690 W. Sussex Rd. NE**<br>**Atlanta, GA 30306** | | | shareholder | | | | |

Sheet no. _13_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **1,760.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                              Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Erica Gunn**<br>**82 Westbrook Rd.**<br>**Bremen, GA 30110** | | | **Vendor** | | | | **0.00** |
| ACCOUNT NO. <br><br> **EyeMed Vision Care**<br>**Forrest T. Jones/Stnd Security**<br>**P.O. Box 24025**<br>**Newark, NJ 07101-0400** | | | **Vision Plan** | | | | **3,400.00** |
| ACCOUNT NO. <br><br> **FNP Printing and Publishing**<br>**351 Ballenger Center Drive**<br>**Frederick, MD 21703** | | | **Printer** | | | | **44,000.00** |
| ACCOUNT NO. <br><br> **Gannett Satellite Information Network**<br>**% Holland & Knight, LLP**<br>**1201 West Peachtree Street**<br>**Suite 2000**<br>**Atlanta, GA 30309**<br><br>**Gannett**<br>**6883 Commercial Drive**<br>**Springfield, VA 22159** | | | **Judgment** | | | | **436,049.00** |

Sheet no.  14  of  45  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $ **483,449.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                Case No. _____
                    Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **Gary Kaupman** **299 Garrett Branch Rd** **Ellijay, GA 30536** | | | shareholder | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Gary Little** **P.O. Box 430** **Gulf Breeze, GA 32562** | | | shareholder | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **GE Capital** | | | Copier Lease | | | | |
| ACCOUNT NO. | | | | | | | 2,000.00 |
| **GEMA Distribution & Logistics** **5060 North Royal Atlanta Drive** **Suite 15** **Tucker, GA 30084** | | | Delivery | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **George Harris** **P.O. Box 191343** **Dallas, TX 75219** | | | shareholder | | | | |

Sheet no. _15_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                                2,000.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Window Media, LLC**_____        Case No. _____
_____            _____
                                Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **George Mende** 1690 W. Sussex Rd. NE Atlanta, GA 30306 | | | shareholder | | | | 0.00 |
| ACCOUNT NO. **Glen Zuraw** 35-21 79th Street Apt. 6N Jackson Heights, NY 11372 | | | Vendor | | | | 0.00 |
| ACCOUNT NO. **Glenn Magpantay** | | | Free Lancer | | | | 35.00 |
| ACCOUNT NO. **Greg Marzullo** 8716 Bradford Road, Apt 4 Silver Springs, MD 20901 | | | Free Lancer | | | | 1,150.00 |
| ACCOUNT NO. **Gregory Hamm** 1525 12th Street Apt. 1 Washington, DC 20005 | | | Free Lancer | | | | 200.00 |

Sheet no. _16_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $ **1,385.00**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**_____        Case No. _____
                          **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **3,377.93** |
| **Habif, Arogeti & Wayne, LLP** **Five Concourse Drive** **Suite 1000** **Atlanta, GA 30328** | | | **Auditors** | | | | |
| ACCOUNT NO. | | | | | | | **0.00** |
| **Harold J. Brody, MD** **1194 Long Courte Drive, NW** **Atlanta, GA 30327** | | | **shareholder** | | | | |
| ACCOUNT NO. | | | | | | | **0.00** |
| **Harry Harkins** **91 Avery Drive, NE** **Atlanta, GA 30309** | | | **shareholder** | | | | |
| ACCOUNT NO. | | | | | | | **100.00** |
| **Hendon David** **5482 Wilshire Blvd. # 1560** **Los Angeles, CA 90036** | | | **Free Lancer** | | | | |
| ACCOUNT NO. | | | | | | | **8,000.00** |
| **Henry Linser, III** **10808 Melanie Court** **Oakton, VA 22124** | | | **Photographer** | | | | |

Sheet no. _17_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $        **11,477.93**

Total  ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC** _____    Case No. _____
                                                    (If known)
                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **500.00** |
| **HotFlyers.Com** **229 SW 31st Street** **Fort Lauderdale, FL 33315** | | | Account | | | | |
| ACCOUNT NO. | | | | | | | **0.00** |
| **Hugh Goodman** **One Carlisele Way** **Atlanta, GA 30308** | | | shareholder | | | | |
| ACCOUNT NO. | | | | | | | **1,825.00** |
| **Idenpendence IT** **1011 Brookside Road** **Suite 120** **P.O. Box 3150** **Allentown, PA 18106** | | | Acctng Software | | | | |
| ACCOUNT NO. | | | | | | | **0.00** |
| **Incremental Marketing** **310 Clear Lake Road** **Clear Lake Shores, TX 77565** | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | **5,000.00** |
| **InetServices, LLC** **841 Worcester Road** **Suite 218** **Natick, MA 01760** | | | Server Host | | | | |

Sheet no.  18  of  45  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ **7,325.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **Irene Monroe** **5 King Place** **Cambridge, MA 02139-1208** | | | **Account** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Jairo V. Abrego** **1735 New Hamphire Ave. NW** **Washington, DC 20009** | | | **Vendor** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Jake Price** **95 Orchard St.** **Apt. 6** **New York, NY 10002** | | | **Vendor** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **James Braude** **1109 W. Peachtree St. NW** **Atlanta, GA 30309** | | | **shareholder** | | | | |
| ACCOUNT NO. | | | | | | | 50.00 |
| **James Driscoll** | | | **Free Lancer** | | | | |

Sheet no.  19  of  45  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                        50.00

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                        Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Janelle Zara**<br>**9683 Spratley Ave.**<br>**Laurel, MD 20723** | | | **Vendor** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Jason Lavinder**<br>**1408 U Street NW**<br>**2nd Floor**<br>**Washington, DC 20009** | | | **Vendor** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Jeff Marootian** | | | **Free Lancer** | | | | **120.00** |
| ACCOUNT NO.<br><br>**Jehan Agrama**<br>**259 S. Windsor Blvd.**<br>**Los Angeles, CA 90211** | | | **shareholder** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Jim Farmer**<br>**456 Kensington Parc Drive**<br>**Avondale Estates, GA 30002** | | | **Account** | | | | **0.00** |

Sheet no.  20  of  45  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **120.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC** _____     Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Joan Garry | | | Free Lancer | | | | 50.00 |
| ACCOUNT NO.<br><br>Joe Blount<br>P.O. Box 344<br>Clay,  AL 35048 | | | shareholder | | | | 0.00 |
| ACCOUNT NO.<br><br>Joe Kapp | | | Free Lancer | | | | 50.00 |
| ACCOUNT NO.<br><br>Joe Phillips<br>5030 Loughboro Rd. NW<br>Washington, DC 20016 | | | vendor | | | | 0.00 |
| ACCOUNT NO.<br><br>John Hogg<br>1404 Wildcat Hollow<br>Austin, TX 78746 | | | shareholder | | | | 0.00 |

Sheet no.  21  of  45  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **100.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Window Media, LLC** _____                    Case No. _____
_____
**Debtor**                                                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| John Lee P.O. Box 52844 Atlanta, GA 30355 | | | shareholder | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| John M. Messer 1000 Venetia Way Apt. 134 Miami, FL 33139 | | | shareholder | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Jose Delgado 8827 Arliss Street Silver, Spring, MD 20901 | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Joseph Porter 147 15th St. NE #4A Atlanta, GA 30309 | | | shareholder | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Josh Lockwood 1790 Broadway Suite 800 New York, NY 10019 | | | vendor | | | | |

Sheet no. __22_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                    0.00

Total ➢ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  Window Media, LLC                                    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 75.00 |
| JournalismJobs.Com 72 Plaza Drive 2nd Floor Berkeley, CA 94705 | | | Account | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Judith Wells 1143 Vistavia Circle Decatur, GA 30033 | | | shareholder | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Justin Breaux | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Justin Cole | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Kathy Liddle 1217 Nancy Lee Way Decatur, GA 30035 | | | Vendor | | | | |

Sheet no.  23  of  45  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                75.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Window Media, LLC**                                Case No. _____
                                    **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Kelly Smink 100 Harmony Point Cove Lilburn, GA 30340** | | | shareholder | | | | **0.00** |
| ACCOUNT NO. **Kitchen, New Cleghorn, LLC 2973 Hardman Court Atlanta, GA 30305** | | | NOTICE | | | | **0.00** |
| ACCOUNT NO. **Kyle Scafide 1201 Hagan Ave. New Orleans, LA 70119** | | | shareholder | | | | **0.00** |
| ACCOUNT NO. **Laser Life 1625 William Drive Marietta, GA 30066** | | | Vendor | | | | **0.00** |
| ACCOUNT NO. **Laser Supply Service, Inc. 2779 Petterson Place Norcross, GA 30071** | | | Supplies | | | | **1,994.87** |

Sheet no. _24_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $           **1,994.87**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**_____     Case No. _____
                                    **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lawrie E. Demorest**<br>**1263 Beach Valley Road, NE**<br>**Atlanta, GA 30306** | | | **shareholder** | | | | **0.00** |
| ACCOUNT NO.<br>**Legal Recovery Resource**<br>**5901-C Peachtree Dunwoody Road**<br>**Suite 460**<br>**Atlanta, GA 30328** | | | **O/S Collections** | | | | **527.45** |
| ACCOUNT NO.<br>**Levine, Sullivan, Koch & Schulz**<br>**1050 17th Street, NW**<br>**Suite 800**<br>**Washington, DC 20036** | | | **Attorneys** | | | | **4,552.50** |
| ACCOUNT NO.<br>**Lexis Nexis**<br>**P.O. Box 2314**<br>**Carol Stream, IL 60132-2314** | | | **Misc** | | | | **1,663.03** |
| ACCOUNT NO.<br>**Lincoln National Life Insurance**<br>**P.O. Box 0821**<br>**Carol Stream, IL 60132** | | | **Vendor** | | | | **0.00** |

Sheet no. _25_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➢   $                **6,742.98**

Total   ➢   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Window Media, LLC**                                          Case No. _____
                                  Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Lisa Keen**<br>**8 Hunting Street**<br>**Wellesley Hills, MA 02481** | | | Free Lancer | | | | **650.00** |
| ACCOUNT NO.<br><br>**Litchfield Research**<br>**3113 Roswell Road**<br>**Suite 203**<br>**Marietta, GA 30062** | | | vendor | | | | **0.00** |
| ACCOUNT NO.<br><br>**Lon Williams**<br>**3137 E. Shadowlawn Ave. NE**<br>**Atlanta, GA 30305** | | | shareholder | | | | **0.00** |
| ACCOUNT NO.<br><br>**Loren Contreras** | | | Vendor | | | | **0.00** |
| ACCOUNT NO.<br><br>**M. Jane Taylor**<br>**3432 Andrew Ct.**<br>**#201**<br>**Laurel, MD 20724** | | | vendor | | | | **0.00** |

Sheet no. _26_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                **650.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Window Media, LLC_____    Case No. _____
                        Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Maria Helena Dolan 815 Pinetree Dr. Decatur, GA 30030** | | | Vendor | | | | **0.00** |
| ACCOUNT NO. **Marie Niesse 57 Woodruff St. Silver Creek, GA 30375** | | | vendor | | | | **0.00** |
| ACCOUNT NO. **Mark King 320 North Gordon Road Fort Lauderdale, FL 33301** | | | Free Lancer | | | | **35.00** |
| ACCOUNT NO. **Mark Ranslem 46 Cochituate Road #610 Farmington, MA 01701** | | | Vendor | | | | **0.00** |
| ACCOUNT NO. **Matthew Cardinale 858 Vedado Way, NE Apt. 5 Atlanta, GA 30308** | | | Vendor | | | | **0.00** |

Sheet no. _27_ of _45_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    >    $                                **35.00**

Total    >    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Window Media, LLC** _____    Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **Media Copy** **11 East State St.** **Media, PA 19063** | | | vendor | | | | |
| ACCOUNT NO. | | | | | | | 279.00 |
| **Mediabistro.Com** **General Post Office** **P.O. Box 5348** **New York, NY 10087-5348** | | | Account | | | | |
| ACCOUNT NO. | | | | | | | 14,000.00 |
| **MediaPoint, LLC** **9022-A Telegraph Road** **Lorton, VA 22079** | | | Distributor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Melzer, Eartha** **Kiplinger Program** **350 Page Hall** **1810 College Road** **Columbus, OH 43210** | | | vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Mendelson for Council** **3871 Newark St. NW** **Washington, DC 20016** | | | vendor | | | | |

Sheet no.  28  of  45  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   **14,279.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Window Media, LLC</u>                                         Case No. _____
                          **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **Meryl Cohn** **P.O. Box 1702** **Provincetown, MA 02657** | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Michael Aycock** **1301 Middlesex Ave.** **Atlanta, GA 30306** | | | shareholder | | | | |
| ACCOUNT NO. | | | | | | | 325.00 |
| **Michael Derry** **1160 Ogden Drive #207** **West Hollywood, CA 90046** | | | Free lancer | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Michael K. Taylor** **2414 59th Place** **Cheverly, MD 20785** | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Michael Keegan** **137 North Larchmont Blvd** **No. 479** **Los Angeles, CA 90004** | | | shareholder | | | | |

Sheet no. <u>29</u> of <u>45</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                           325.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Window Media, LLC</u>                                          Case No. _____
                          **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **Michael Liberatore** **305 West 52nd Street** **#3E** **New York, NY 10019** | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Michael Radkowsky** **3000 Connecticut Ave. NW** **#137** **Washington, DC 20008** | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 56.00 |
| **Miller Ray Houser & Stewart, LLC** **99 West Paces Ferry Road, NW** **Atlanta, GA 30305** | | | Account | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Millinda Jane Taylor** **3432 Andrew Court** **#201** **Laurel, MD 20724** | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Miriam Coleman** **50 Prince St.** **Apt. 6G** **New York, NY 10012** | | | Vendor | | | | |

Sheet no. <u>30</u> of <u>45</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ›  $                                    56.00

Total  ›  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Window Media, LLC_____    Case No. _____
                                    Debtor                                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 160.00 |
| MLQ Attorney Services 2000 Riveredge Parkway Suite 885 Atlanta, GA 30328 | | | Account | | | | |
| ACCOUNT NO. | | | | | | | 418.00 |
| National Registered Agents P.O. Box 927 West Windsor, NJ 08550-0927 | | | Account | | | | |
| ACCOUNT NO. | | | | | | | 9,776.00 |
| NewsFinder 1700 E. Racine Ave. Waukesha, WI 53186 | | | Account | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Newtek Merchant Solutions % Marcus J. Schaefer 744 North 4th Street Suite 500 Milwaukee, WI 53203 | | | vendor | | | | |
| ACCOUNT NO. | | | | | | | 2,281.03 |
| Next Day Sign Express of DC 1012 14th Street, NW Washington, DC 20005 | | | Services | | | | |

Sheet no. _31_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $             12,635.03

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Window Media, LLC**                                    Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 50.00 |
| Nichlas Burkholder | | | Freelancer | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| OfficeMax Contract, Inc. P.O. Box 360755 Pittsburgh, PA 15250 | | | vendor | | | | |
| ACCOUNT NO. | | | | | | | 2,633.21 |
| Offix 10222 Battleview Parkway Manassas, VA 20109 | | | Sevices | | | | |
| ACCOUNT NO. | | | | | | | 250.00 |
| Patrick Folliard 2810 Harris Avenue Silver Springs, MD 20902 | | | Free Lancer | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Paul Wright 333 7th Avenue, 14th Floor New York, NY  10001 | | | Vendor | | | | |

Sheet no. _32_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                        **2,933.21**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Window Media, LLC**                                              Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **Phillip V. Rush**<br>**50 Hurt Plaza SE**<br>**Suite 449**<br>**Atlanta, GA 30303** | | | shareholder | | | | |
| ACCOUNT NO. | | | | | | | 1,863.03 |
| **Pitney Bowes**<br>**P.O. Box 856390**<br>**Louisville, KY 40285** | | | Postage Meter | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Prel Software**<br>**1200 NW Naito Pkwy**<br>**Suite 650**<br>**Portland, OR 97209** | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 67,109.20 |
| **Press Building, LLC**<br>**1001 G. Street, NW**<br>**Suite 700 West**<br>**Washington, DC 20001**<br><br>**Press Building, LLC**<br>**P.O. Bxo 791364**<br>**Baltimore, MD 21279** | | | Lease:  529 14th Street, 5th floor Washington, DC 20045 | | | | |

Sheet no. _33_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➢  $         **68,972.23**

Total   ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                                  Case No. _____
                    **Debtor**                                                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 6,000.00 |
| **PressCom** ATTN:  Carl Nasr 718 7th Street, NW #300 Washington, DC 20001 PressCom, Inc. P.O. Box 64340 Baltimore, MD 21264 | | | Phone system Lease | | | | |
| ACCOUNT NO. | | | | | | | 4,080.00 |
| **Q Syndicate** 11920 Farmington Road Livonia, MI 48150 | | | Account | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Quench USA** P.O. Box 644006 Cincinnati, OH 45264 | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Quick Signs & Printing** 1950 Cheshire Bridge Road Atlanta, GA 30324 | | | Vendor | | | | |

Sheet no. <u>34</u> of <u>45</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $            **10,080.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                      Case No. _____
_____
                            **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Randell Busby** | | | **Freelancer** | | | | **35.00** |
| ACCOUNT NO.<br><br>**Randy Foster** | | | **Free Lancer** | | | | **35.00** |
| ACCOUNT NO.<br><br>**Rebecca Zeffert<br>Dept. of Media Relatoins<br>Sherman Building<br>Mt. Scopus<br>Jerusalem, Israel 91905** | | | **Vendor** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Richard Ellsasser<br>1233 York Ave.<br>No. 13A<br>New York, NY 10021** | | | **shareholder** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Rob Anderson<br>1706 Q Street, NW<br>Washington, DC 20009** | | | **Vendor** | | | | **0.00** |

Sheet no. _35_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **70.00**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Window Media, LLC**_____      Case No. _____
                                **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **Rob Meintjes** **3425 Tulane Drive** **#31** **Hyattsville, MD 20783** | | | **vendor** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Rob Nixon** **740 Lansdowne Ave.** **Decatur, GA 30030** | | | **vendor** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Robbie Picou** **1420 Annunciation Street** **New Orleans, LA 70130** | | | **vendor** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Robert Abramson** | | | **Vendor** | | | | |
| ACCOUNT NO. | | | | | | | 350.00 |
| **Robert Bernstein** **5225 Pooks Hill Road** **Apt. 919S** **Bethesda, MD 20814** | | | **Freelancer** | | | | |

Sheet no. <u>36</u> of <u>45</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                350.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Window Media, LLC_____     Case No. _____
                              Debtor                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert Boeger | | | Freelancer | | | | 361.62 |
| ACCOUNT NO.<br><br>Robert J. Croan | | | Free Lancer | | | | 100.00 |
| ACCOUNT NO.<br><br>Robert Nishikawa<br>1050 Piedmont Ave.<br>Atlanta, GA 30309 | | | vendor | | | | 0.00 |
| ACCOUNT NO.<br><br>Ron Haley<br>1027 17th Street, NW<br>Washington, DC 20036 | | | Vendor | | | | 0.00 |
| ACCOUNT NO.<br><br>Ronald Moore<br>378 Angier Court<br>Atlanta, GA 30312 | | | shareholder | | | | 0.00 |

Sheet no. _37_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                     461.62

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                          Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **Rudy Lawidjaja**<br>**P.O. Box 83163**<br>**Gaithersburg, MD 20883** | | | **Vendor** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Russell Dover**<br>**103 Charles Street**<br>**#7**<br>**Boston, MA 02114** | | | **Vendor** | | | | |
| ACCOUNT NO. | | | | | | | 250.00 |
| **Ryan Loftis**<br>**52534 Ridgeway Court**<br>**Shelby Township, MI 48316** | | | **Free Lancer** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Sally Purvis**<br>**1143 Vistavia Circle**<br>**Decatur, GA 30033** | | | **shareholder** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Sarah DePalma**<br>**6726 Hendon Lane**<br>**Houston, TX 77074** | | | **Vendor** | | | | |

Sheet no. _38_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                                    250.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                   Case No. _____
                                                                                                         (If known)
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| Shana Nicholson 11550 Chimney Rock Road Apt. 334 Houston, TX 77035 | | | vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Shannon Wyss 1804 Metzerott Road #104 Hyattsville, MD 20783 | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 150.00 |
| Shauna Miller | | | Free Lancer | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Shilpa Mehta P.O. Box 450862 Atlanta, GA 30341 | | | vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| SpaceMax 1248 Zonolite Road, NE Atlanta, GA 30306 | | | Storage space lease | | | | |

Sheet no. _39_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **150.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Window Media, LLC**                                    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Stanley M. Spracker**<br>**2101 Connecticut Ave. NW**<br>**No. 27**<br>**Washington, DC 2008** | | | **shareholder** | | | | **0.00** |
| ACCOUNT NO.<br>**Stephanie Potter**<br>**1525 Q St. NW**<br>**Apt. 8**<br>**Washington, DC 2009** | | | **vendor** | | | | **0.00** |
| ACCOUNT NO.<br>**Stephen Herbits**<br>**1000 Venetian Way**<br>**Suite 902**<br>**Miami, FL 33139** | | | **shareholder** | | | | **0.00** |
| ACCOUNT NO.<br>**Steve Charing**<br>**5912 Trotter Road**<br>**Clarksville, MD 21029** | | | **Freelancer** | | | | **85.00** |
| ACCOUNT NO.<br>**T&T Vending**<br>**238 Elmbrook Lane**<br>**Canton, GA 30114** | | | **Account** | | | | **287.03** |

Sheet no. <u>40</u> of <u>45</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **372.03**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**_____      Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Tabitha Haggerty 234 Alix Street New Orleans, LA 70114** | | | Vendor | | | | **0.00** |
| ACCOUNT NO. **Take One! USA P.O. Box 77 Hanover, MD 21076** | | | Distributor | | | | **48,274.00** |
| ACCOUNT NO. **Target Printing & Distribution P.O. Box 849 Fayetteville, NC 28302** | | | Printer | | | | **36,000.00** |
| ACCOUNT NO. **The Hartford Insurance P.O. Box 2907 Hartford, CT 06104-2907** | | | Insurance | | | | **1,500.00** |
| ACCOUNT NO. **The Irwin Pollack Company 297 Weston Road Wellesley, MA 02482** | | | Vendor | | | | **0.00** |

Sheet no. _41_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **85,774.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Window Media, LLC**                                    Case No. _____
                    Debtor                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                      | | | | | | | 0.00 |
| **The LLB Group** **240 New York Drive** **Suite 5** **Fort Washington, PA 19034** | | | vendor | | | | |
| ACCOUNT NO.                                                      | | | | | | | 0.00 |
| **The New YorkTimes** **CS Box 9206** **Uniondale, NY 11555** | | | vendor | | | | |
| ACCOUNT NO.                                                      | | | | | | | 0.00 |
| **Thomas Latimer** **5043 Huntwick Prac Ct.** **Houston, TX 77069** | | | shareholder | | | | |
| ACCOUNT NO.                                                      | | | | | | | 0.00 |
| **Tiffany Broadwater** | | | Vendor | | | | |
| ACCOUNT NO.                                                      | | | | | | | 0.00 |
| **Tiko Lieou** **913 Quincy St. NW** **Washington, DC 20011** | | | Vendor | | | | |

Sheet no. _42_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    0.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Window Media, LLC_____     Case No. _____
　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| Timothy Briner 93 Eagle Street Apt. 3 Brooklyn, NY 11222 | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Tony Braswell 5439 Morella Ave. Valley Village, CA 91607 | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Tony Phillips 161 West 16th St. #141 New York, NY 10011 | | | vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Travis Worl 1543 9th St. NW Washington, DC 20001 | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Trina O'Conner 125 W. Arizona St. Indianapolis, IN 46225 | | | vendor | | | | |

Sheet no. _43_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　Subtotal ＞ $　　　　　　0.00

　　　　　　　　　　　　　　　　　　　　　　Total ＞ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Window Media, LLC_____    Case No. _____
                                    Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Val Abrego** | | | **Vendor** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Verified Audit**<br>**900 Larkspur Landing Circle**<br>**Suite 295**<br>**Larkspur, CA 94939** | | | **Auditor** | | | | **3,879.00** |
| ACCOUNT NO.<br><br>**Verizon Wireless**<br>**P.O. Box 660108**<br>**Dallas, TX 75266** | | | **Vendor** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Victor Carniccio**<br>**547 Broadway #5**<br>**New York, NY 10012** | | | **Vendor** | | | | **0.00** |
| ACCOUNT NO.<br><br>**William Waybourn**<br>**268 May Apple Way**<br>**Linden, VA 22642** | | | **shareholder** | | | | **0.00** |

Sheet no. _44_ of _45_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                3,879.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  <u>Window Media, LLC</u>                                    Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Xxlerate** <br>**976 Edgewood Ave. NE** <br>**Suite 100** <br>**Atlanta, GA 30307** | | | **Vendor** | | | | **0.00** |
| ACCOUNT NO. <br><br>**Zonolite Road Properties II, LLC** <br>**1123 Zonolite Road** <br>**Suite 2** <br>**Atlanta, GA 30206** | | | **Lease:  1075 Zonolite Road, Suite 1-D Atlanta, GA 30306** | | | | **46,000.00** |
| ACCOUNT NO. <br><br>**Zuma Press** <br>**34189 Pacific Coast Hwy** <br>**Suite 201** <br>**Dana Point, CA 92629** | | | **Vendor** | | | | **0.00** |

Sheet no. <u>45</u> of <u>45</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                **46,000.00**

Total  ➢  $             **1,080,159.04**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

## United States Bankruptcy Court

## Northern District of Georgia

In re:

**Window Media, LLC**

Case No. _____

Chapter      **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Steven J. Myers & Micheel Kitchens**, declare under penalty of perjury that I am the **Co-Presidents** of **Window Media, LLC,** a **Georgia** Corporation and that on **11/16/2009** the following resolution was duly adopted by the **Board of Directors** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Steven J. Myers and/or Michael Kitchens**, **Co-Presidents** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Steven J. Myers and/or Michael Kitchens**, **Co-Presidents** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Steven J. Myers and/or Michael Kitchens**, **Co-Presidents** of this Corporation, is authorized and directed to employ **S. Keith Eady**, attorney and the law firm of **Keith Eady & Associates, LLC** to represent the Corporation in such bankruptcy case."

Executed on:   **11/20/2009** _____

Signed:      **s/ Steven J. Myers and/or Michael Kitchens** _____
**Steven J. Myers & Micheel Kitchens**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

In re:    **Window Media, LLC**

_____
Debtor

Case No. _____

Chapter **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **32** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    **11/20/2009** _____

Signed: **s/ Steven J. Myers and/or Michael Kitchens**
        **Steven J. Myers and/or Michael Kitchens**

Signed:    **/s/ S. Keith Eady** _____
           **S. Keith Eady**
           Attorney for Debtor(s)
           Bar no.:        **237038**
           **Keith Eady & Associates, LLC**
           **P.O. Box 29667**
           **Atlanta, GA 30359**
           Telephone No.:    **404-633-1997**
           Fax No.:          **404-633-6996**
           E-mail address:   **keith@keitheady.com**

M&T Bank
One M&T Plaza
Buffalo, NY 14240


15 Ria Restaurant
1515 Rhode Island Ave. NW
Washington, DC 20005


24/7 Real Media USA
132 West 31st Street
9th Floor
New York, NY 10001


A. Don George
1068 Shady Valley Place, NE
Atlanta, GA 30324


Aaron Britt
2900 Connecticut Ave. NW
#338
Washington, DC 20008


Aaron Flynn
1621 T Street, NW
Apt. 206
Washington, DC 20009


Accountemps
12400 Collections Center Drive
Chicago, IL 60693


ADP, Inc.
P.O. Box 900106
Louisville, KY 40290


AICCO, Inc.
P.O. Box 200455
Dallas, TX 75320

```
Alan Flippen
454 West 46st Street
New York, NY 10036



American Business Machine Corp
5015-B Backlick Rd.
Annandale, VA 22003



Amy Cavanaugh
1432 Newton St. NW
Washington, DC 20010



Andrew Hartsfield
2108 38th Street, SE
#302
Washington, DC 20020



Aram Vartian
930 M St. NW
#116
Washington, DC 20001



Arnold M. Preston
Preston Entertainment
8033 Sunset Blvd #1065
Los Angeles, CA 90046



AT&T
P.O. Box 105262
Atlanta, GA 30348



Avalon Equity Funding
248 West 35th Street
8th Floor
New York, NY 10001



B&L Enterprises, Inc.
11050 Crabapple Rd
Suite C-108
Roswell, GA 30075
```

B. Daniel Blatt

Barry Baker
1303 Middlesex Ave
Atlanta, GA 30306

Beren DeMotier
2337 NE 32nd Place
Portland, OR 97212

Brad Piner
710 Peachtree St.
Apt. 1625
Atlanta, GA 30308

BreakThrough Media Labs
180 Washington Street
Apt. 3
Jersey City, NJ 07302

Brett Minor

Brian Lantelme
321 West 24th St.
#17E
New York, NY 10011

Brian Pitts
16 E. Walnut St.
Alexander, VA 22301

Bridge Catering
4182 Orchard Entrance
Rex, GA 30273

Buck C. Cooke
499 Oakland Avenue, SE
Atlanta, GA 30312

Business Wire
Dept. 34182
P.O. Box 39000
San Francisco, CA 94139

C&R Telecommunications, Inc.
8818 Talcott Lane
Houston, TX 77049

C. Edward Young
750 Yorkshire Rd. NE
Atlanta, GA 30306

C2C Resources, LLC
56 Perimeter Center East
Suite 100
Atlanta, GA 30346

Capital Locksmith Co.
3655 Georgia Ave. NW
Washington, DC 20010

Capital Podiatry Associates
1145 19th Street, NW
Suite 409
Washington, DC 20036

CapitalHill Cluster School PTA
ATTN:  Laura Cantral
330 Constitution Ave, NW
Washington, DC 20002

CareFirst BlueCross Blue Shield

Carl L. Sollee
1376 Sheffield Drive., NE
Atlanta, GA 30329

Cassio Menezes
P.O. Box 4154
Arlington, VA 22204

Century Printing & Packaging
P.O. Box 2358
Greer, SC 29652

Chad Johnson
1754 Willard Street
Suite 3
Washington, DC 20009

Charlene Lichtenstein
P.O. Box 1726
Chelsea Station 10011

Charles Baclet & Assoc. Inc.
2030 Main Street
Suite 1030
Irvine, CA 92614

Christian Ochoa
2700 Revere St.
No. 107
Houston, TX 77098

Christopher Cain
P.O. Bxo 78211
Atlanta,  GA 30357

Christopher Johnson
815 South 18th St.
#407
Arlington, VA 22202

Christopher Latimer

Chuck Herrholtz
340 Cross Creek Trail
Jasper, GA 30143

City of Atlanta
55 Trinity Ave. SW
Atlanta, GA 30335

Colleen Dermondy

Columbus Ledger-Enquirer
17 West 12th Street
Columbus, GA 31901

Comprint Printing
9030 Comprint Ct.
Gaithersburg, MD 20877

Craig Spaulding
268 May Apple Way
Linden, VA 22642

Cynthia Counts
1384 Lanier Place
Atlanta, GA 30306

Dale Carpenter
229 19th Street South
Minneapolis, MN 55455

Daniel Fleury
96 Craig Street
Suite 112-417
Ellijay, GA 30540


Daniel H. Squire
1717 21st St, NW
Washington, DC 30305


Daniel Lau
701-203 Copperline Drive
Chapel Hill, NC 27516


Danielle Shelton-King
5618 Livington Terrance
#201
Oxon Hill, MD 20745


Danny Ingram
319 Fayetteville Road
Decatur, GA 30030


David Tufts
2959 Andrews Drive, NW
Atlanta, GA 30305


DC Camera, LLC
2601-A Wilson Blvd.
Arlington, VA 22201


DC Treasurer
Office of Tax & Revenue
6th Floor
941 North Capital St. NE
Washington, DC 20002


DC Treasurer
Office of Tax and Revenue
6th Fl
941 North Capital Street, NE
Washington, DC 20002-4265

Dean Winborn
2835 Cravey Trail
Atlanta, GA 30345


DeKalb County Tax Commissioner
P.O. Box 100004
Decatur, GA 30031


DeKalb County Tax Commissioner
1300 Commerce Drive
P.O. Box 1088
Decatur, GA 30031


Delaware Sec. of State
P.O. Box 74072
Baltimore, MD 21274


Dell Commercial Credit
Dept. 50
P.O. Box 9020
Des Moines, IA 50368


Deluxe Business Checks & Sol
P.O. Box 742572
Cincinnati, OH 45274-2572


Diana Kunkel


Dionne Bates


Distributech
P.O. Box 402024
Atlanta, GA 30384-2024

Dixon Taylor
1029 Rosendale Rd, NE
Atlanta, GA 30306


DLS, Inc.
1426 Benteen Ave. SE
Atlanta, GA 30306


Don George


Don Hackett


Donald Davis
P.O. Box 22800
Carmel, CA 93922


Douglas G. Sipe, CPA, LLC
2444 Morris Avenue
Suite 305
Union, NJ 07083


Downs Safe & Lock, Co.
1846 Chesbridge Bridge Road, NE
Atlanta, GA 30324


Dustin Fitzharris


Dustin Vick
736 J Chase Ct.
Harrisonburg, VA 22801

Dyana Bagby
314 Elmira Place, NE
Atlanta, GA 30307


Dynamix Systems Intergration
Attn: Accounts Receivable
20 NE 8th Avenue
Fort Lauderdale, FL 33301-1639


Edward Ingebresten
English Dept., Georgetown
P.O. Box 571131
Washington, DC 20057


eFax Corporation
P.O. Box 51873
Los Angeles, CA 90051-6173


Elliott Mackle
1690 W. Sussex Rd. NE
Atlanta, GA 30306


Erica Gunn
82 Westbrook Rd.
Bremen, GA 30110


EyeMed Vision Care
Forrest T. Jones/Stnd Security
P.O. Box 24025
Newark, NJ 07101-0400


FNP Printing and Publishing
351 Ballenger Center Drive
Frederick, MD 21703


Gannett
6883 Commercial Drive
Springfield, VA 22159

Gannett Satellite Information Netwo
% Holland & Knight, LLP
1201 West Peachtree Street
Suite 2000
Atlanta, GA 30309


Gary Kaupman
299 Garrett Branch Rd
Ellijay, GA 30536



Gary Little
P.O. Box 430
Gulf Breeze, GA 32562



GE Capital




GEMA Distribution & Logistics
5060 North Royal Atlanta Drive
Suite 15
Tucker, GA 30084


George Harris
P.O. Box 191343
Dallas, TX 75219



George Mende
1690 W. Sussex Rd. NE
Atlanta, GA 30306



Georgia Dept. of Labor
Sussex Place - Room 738
148 Andrew Young Intnl Blvd, NE
Atlanta, GA 30303



Georgia Dept. of Revenue
Compliance Division
1800 Century Blvd., Suite 16208
Atlanta, GA 30345

Glen Zuraw
35-21 79th Street
Apt. 6N
Jackson Heights, NY 11372


Glenn Magpantay




Greg Marzullo
8716 Bradford Road, Apt 4
Silver Springs, MD 20901



Gregory Hamm
1525 12th Street
Apt. 1
Washington, DC 20005


Habif, Arogeti & Wayne, LLP
Five Concourse Drive
Suite 1000
Atlanta, GA 30328


Harold J. Brody, MD
1194 Long Courte Drive, NW
Atlanta, GA 30327



Harry Harkins
91 Avery Drive, NE
Atlanta, GA 30309



Hendon David
5482 Wilshire Blvd. # 1560
Los Angeles, CA 90036



Henry Linser, III
10808 Melanie Court
Oakton, VA 22124

HotFlyers.Com
229 SW 31st Street
Fort Lauderdale, FL 33315


Hugh Goodman
One Carlisele Way
Atlanta, GA 30308


Idenpendence IT
1011 Brookside Road
Suite 120
P.O. Box 3150
Allentown, PA 18106

Incremental Marketing
310 Clear Lake Road
Clear Lake Shores, TX 77565


InetServices, LLC
841 Worcester Road
Suite 218
Natick, MA 01760


Internal Revenue Service Insolvency
Room 400-Stop 334D
401 West Peachtree Street NW
Atlanta, GA 30308


Irene Monroe
5 King Place
Cambridge, MA 02139-1208


Jaimie Nicole Shock
8439 Chapelwood Ct.
Annadale, VA 22003


Jairo V. Abrego
1735 New Hamphire Ave. NW
Washington, DC 20009

Jake Price
95 Orchard St.
Apt. 6
New York, NY 10002


James Braude
1109 W. Peachtree St. NW
Atlanta, GA 30309


James Driscoll


Janelle Zara
9683 Spratley Ave.
Laurel, MD 20723


Janice Rice
433 Highland Avenue
#1457
Atlanta, GA 30317


Jason Lavinder
1408 U Street NW
2nd Floor
Washington, DC 20009


Jeanne Centofanti
1923 11th Street, NW
Washington, DC 20001


Jeff Marootian


Jehan Agrama
259 S. Windsor Blvd.
Los Angeles, CA 90211

Jeryl M. Parade
2400 Virginia Avenue NW
C1112
Washington, DC 20037


Jeryl M. Parade
31 Harbour Close
New Haven, CT 06519


Jim Farmer
456 Kensington Parc Drive
Avondale Estates, GA 30002


Joan Garry


Joe Blount
P.O. Box 344
Clay,  AL 35048


Joe Kapp


Joe Phillips
5030 Loughboro Rd. NW
Washington, DC 20016


John Hogg
1404 Wildcat Hollow
Austin, TX 78746


John Lee
P.O. Box 52844
Atlanta, GA 30355

John M. Messer
1000 Venetia Way
Apt. 134
Miami, FL 33139


John Nail
1756 Santa Cruz Dr.
Decatur, GA 30032


Jose Delgado
8827 Arliss Street
Silver, Spring, MD 20901


Joseph Diguglielmo
18 Seaton Place, NW
Apt. A
Washington, DC 20001


Joseph Porter
147 15th St. NE
#4A
Atlanta, GA 30309


Josh Lockwood
1790 Broadway
Suite 800
New York, NY 10019


Joshua Lynsen
8560 2nd Ave.
#1414
Silver Springs, MD 20910


JournalismJobs.Com
72 Plaza Drive
2nd Floor
Berkeley, CA 94705


Judith Wells
1143 Vistavia Circle
Decatur, GA 30033

Justin Breaux


Justin Cole


Kathy Liddle
1217 Nancy Lee Way
Decatur, GA 30035


Kelly Smink
100 Harmony Point Cove
Lilburn, GA 30340


Kenneth Roebuck
647 Leighton Way
Stone Mountain, GA 30088


Kevin Naff
4405 Norwood Rd
Baltimore City, MD 21218


Kevin Smith
384 Ralph McGill Blvd. NE
#114
Atlanta, GA 30312


Kitchen, New Cleghorn, LLC
2973 Hardman Court
Atlanta, GA 30305


Kyle Scafide
1201 Hagan Ave.
New Orleans, LA 70119

```
Laser Life
1625 William Drive
Marietta, GA 30066



Laser Supply Service, Inc.
2779 Petterson Place
Norcross, GA 30071



Laura Douglas-Brown
2518 Lake Flair Ct. NE
Atlanta, GA 30345



Lawrie E. Demorest
1263 Beach Valley Road, NE
Atlanta, GA 30306



Legal Recovery Resource
5901-C Peachtree Dunwoody Road
Suite 460
Atlanta, GA 30328



Levine, Sullivan, Koch & Schulz
1050 17th Street, NW
Suite 800
Washington, DC 20036



Lexis Nexis
P.O. Box 2314
Carol Stream, IL 60132-2314



Lincoln National Life Insurance
P.O. Box 0821
Carol Stream, IL 60132



Lisa Keen
8 Hunting Street
Wellesley Hills, MA 02481
```

Litchfield Research
3113 Roswell Road
Suite 203
Marietta, GA 30062


Lon Williams
3137 E. Shadowlawn Ave. NE
Atlanta, GA 30305


Loren Contreras


Louis Chibbaro
516 A ST, NE #102
Washington, DC 20002


Louis Shell
1616 Piedmont Ave.
Apt. A-15
Atlanta, GA 30324


Lynne Brown
4395 Colorado Ave. NW
Washington, DC 20011


M. Jane Taylor
3432 Andrew Ct.
#201
Laurel, MD 20724


Maria Helena Dolan
815 Pinetree Dr.
Decatur, GA 30030


Marie Niesse
57 Woodruff St.
Silver Creek, GA 30375

Mark King
320 North Gordon Road
Fort Lauderdale, FL 33301


Mark Ranslem
46 Cochituate Road
#610
Farmington, MA 01701


Matthew Cardinale
858 Vedado Way, NE
Apt. 5
Atlanta, GA 30308


Matthew Schaffer
1809 Augusta Dr. SE
Marietta, GA 30067


Media Copy
11 East State St.
Media, PA 19063


Mediabistro.Com
General Post Office
P.O. Box 5348
New York, NY 10087-5348


MediaPoint, LLC
9022-A Telegraph Road
Lorton, VA 22079


Melzer, Eartha
Kiplinger Program
350 Page Hall
1810 College Road
Columbus, OH 43210


Mendelson for Council
3871 Newark St. NW
Washington, DC 20016

Meryl Cohn
P.O. Box 1702
Provincetown, MA 02657


Michael Alvear
1579 Monroe Road
F501
Atlanta, GA 30324


Michael Aycock
1301 Middlesex Ave.
Atlanta, GA 30306


Michael Derry
1160 Ogden Drive #207
West Hollywood, CA 90046


Michael K. Taylor
2414 59th Place
Cheverly, MD 20785


Michael Keegan
137 North Larchmont Blvd
No. 479
Los Angeles, CA 90004


Michael Liberatore
305 West 52nd Street
#3E
New York, NY 10019


Michael Radkowsky
3000 Connecticut Ave. NW
#137
Washington, DC 20008


Michael Ritter
785 Ponce De Leon Place
#112
Atlanta, GA 30306

Michael Watkins
753 Penn Avene. NE
Unit #3
Atlanta, GA 30308


Miller Ray Houser & Stewart, LLC
99 West Paces Ferry Road, NW
Atlanta, GA 30305


Millinda Jane Taylor
3432 Andrew Court
#201
Laurel, MD 20724


Miriam Coleman
50 Prince St.
Apt. 6G
New York, NY 10012


MLQ Attorney Services
2000 Riveredge Parkway
Suite 885
Atlanta, GA 30328


Adrian McCraw


National Registered Agents
P.O. Box 927
West Windsor, NJ 08550-0927


New York Dept. of Labor
P.O. Box 675
Mail Stop 7A
New York, NY 10014


NewsFinder
1700 E. Racine Ave.
Waukesha, WI 53186

Newtek Merchant Solutions
% Marcus J. Schaefer
744 North 4th Street
Suite 500
Milwaukee, WI 53203


Next Day Sign Express of DC
1012 14th Street, NW
Washington, DC 20005



Nichlas Burkholder




NYS Unemployment Insurance
P.O. Box 27435
New York, NY 10087



OfficeMax Contract, Inc.
P.O. Box 360755
Pittsburgh, PA 15250



Offix
10222 Battleview Parkway
Manassas, VA 20109



Patrick Folliard
2810 Harris Avenue
Silver Springs, MD 20902



Paul Wright
333 7th Avenue, 14th Floor
New York, NY  10001



Phillip Rockstroch
5845 Doris Drive
Alexander, VA 22311

Phillip V. Rush
50 Hurt Plaza SE
Suite 449
Atlanta, GA 30303


Pitney Bowes
P.O. Box 856390
Louisville, KY 40285


Prel Software
1200 NW Naito Pkwy
Suite 650
Portland, OR 97209


Press Building, LLC
P.O. Bxo 791364
Baltimore, MD 21279


Press Building, LLC
1001 G. Street, NW
Suite 700 West
Washington, DC 20001


PressCom
ATTN:  Carl Nasr
718 7th Street, NW #300
Washington, DC 20001


PressCom, Inc.
P.O. Box 64340
Baltimore, MD 21264


Q Syndicate
11920 Farmington Road
Livonia, MI 48150


Quench USA
P.O. Box 644006
Cincinnati, OH 45264

```
Quick Signs & Printing
1950 Cheshire Bridge Road
Atlanta, GA 30324



Quinn Mansfield
1519 Holly Lane, NE
Atlanta, GA 30329



Randell Busby




Randy Foster




Rebecca Armendariz
1447 Monroe St. NW
Washington, DC 20010



Rebecca Zeffert
Dept. of Media Relatoins
Sherman Building
Mt. Scopus
Jerusalem, Israel 91905

Richard Ellsasser
1233 York Ave.
No. 13A
New York, NY 10021



Rob Anderson
1706 Q Street, NW
Washington, DC 20009



Rob Meintjes
3425 Tulane Drive
#31
Hyattsville, MD 20783
```

Rob Nixon
740 Lansdowne Ave.
Decatur, GA 30030


Robbie Picou
1420 Annunciation Street
New Orleans, LA 70130


Robert Abramson


Robert Barnett
2750 14th Street, NW
Apt. 207
Washington, DC 20009


Robert Bernstein
5225 Pooks Hill Road
Apt. 919S
Bethesda, MD 20814


Robert Boeger


Robert Gunby
1192 Village Court, SE
Atlanta, GA 30316


Robert J. Croan


Robert Nishikawa
1050 Piedmont Ave.
Atlanta, GA 30309

```
Robet Boeger
1401 N. Street NW
Apt. 501
Washington, DC 20005



Ron Haley
1027 17th Street, NW
Washington, DC 20036



Ronald Moore
378 Angier Court
Atlanta, GA 30312



Rowena Dervan
2835 Cravey Trail
Atlanta, GA 30345



Rudy Lawidjaja
P.O. Box 83163
Gaithersburg, MD 20883



Russell Dover
103 Charles Street
#7
Boston, MA 02114



Ryan Lee
1616 Piedmont Ave
Apt. A-15
Atlanta, GA 30324



Ryan Loftis
52534 Ridgeway Court
Shelby Township, MI 48316



Sally Purvis
1143 Vistavia Circle
Decatur, GA 30033
```

Sarah DePalma
6726 Hendon Lane
Houston, TX 77074

Shana Nicholson
11550 Chimney Rock Road
Apt. 334
Houston, TX 77035

Shannon Wyss
1804 Metzerott Road
#104
Hyattsville, MD 20783

Shauna Miller

Shilpa Mehta
P.O. Box 450862
Atlanta, GA 30341

Siddhant Kukreti
7141 Moorland Drive
Clarksville, MD 21029

Small Business Administration
%Steven Weinberg
Gottesman, Wolgel, Malamy
11 Hanover Square
New York, NY 10005

SpaceMax
1248 Zonolite Road, NE
Atlanta, GA 30306

Stanley M. Spracker
2101 Connecticut Ave. NW
No. 27
Washington, DC 2008

Stephanie Potter
1525 Q St. NW
Apt. 8
Washington, DC 2009


Stephen Herbits
1000 Venetian Way
Suite 902
Miami, FL 33139


Stephen Ryan
931 Monroe Dr. NE
#103
Atlanta, GA 30308


Steve Charing
5912 Trotter Road
Clarksville, MD 21029


Steven Myers
2466 Vivian Circle
Decatur, GA 30030


T&T Vending
238 Elmbrook Lane
Canton, GA 30114


Tabitha Haggerty
234 Alix Street
New Orleans, LA 70114


Take One! USA
P.O. Box 77
Hanover, MD 21076


Target Printing & Distribution
P.O. Box 849
Fayetteville, NC 28302

```
The Hartford Insurance
P.O. Box 2907
Hartford, CT 06104-2907




The Irwin Pollack Company
297 Weston Road
Wellesley, MA 02482




The LLB Group
240 New York Drive
Suite 5
Fort Washington, PA 19034




The New YorkTimes
CS Box 9206
Uniondale, NY 11555




Thomas Latimer
5043 Huntwick Prac Ct.
Houston, TX 77069




Tiffany Broadwater




Tiffany Lee
108 Wimberly Drive
McDonough, GA 30253




Tiko Lieou
913 Quincy St. NW
Washington, DC 20011




Timothy Briner
93 Eagle Street
Apt. 3
Brooklyn, NY 11222
```

Tony Braswell
5439 Morella Ave.
Valley Village, CA 91607


Tony Phillips
161 West 16th St.
#141
New York, NY 10011


Travis Worl
1543 9th St. NW
Washington, DC 20001


Trina O'Conner
125 W. Arizona St.
Indianapolis, IN 46225


Val Abrego


Verified Audit
900 Larkspur Landing Circle
Suite 295
Larkspur, CA 94939


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266


Victor Carniccio
547 Broadway #5
New York, NY 10012


William Rawls
1301 U Street, NW
#602
Washington, DC 20009

```
William Waybourn
268 May Apple Way
Linden, VA 22642




Xxlerate
976 Edgewood Ave. NE
Suite 100
Atlanta, GA 30307




Zonolite Road Properties II, LLC
1123 Zonolite Road
Suite 2
Atlanta, GA 30206




Zuma Press
34189 Pacific Coast Hwy
Suite 201
Dana Point, CA 92629
```